IN THE UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
(CHICAGO)

| | |
|---|---|
| IN RE ) | |
| ) | |
| VALE BAJORINIENE, ) | No. 09-05680 |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Hon. Judge John H. Squires |
| ) | |
| VON MAUR, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. _____ |
| vs. ) | |
| ) | |
| VALE BAJORINIENE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**COMPLAINT TO DETERMINE DISCHARGEABILITY**

**COMES NOW** Plaintiff, Von Maur, Inc., by its attorneys, Lane & Waterman LLP, and for its cause of action against the Debtor, Vale Bajoriniene, hereby states:

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1334. This adversary proceeding relates to the above-captioned bankruptcy case now pending in this Court. Reference of this case to this Court is pursuant to 28 U.S.C. § 157(a). Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

2. This complaint is a core proceeding.

3. Von Maur, Inc. ("Von Maur") is an Illinois corporation.

4. Defendant is an individual Debtor.

5. Von Maur operates department stores in St. Charles, Illinois, Glenview, Illinois, and Lombard, Illinois.

- 2 -

6. Between November 30, 2008 and February 14, 2009, Defendant purchased approximately twenty-four (24) items at Von Maur's department stores. These items include designer jewelry priced at $310, denim jeans priced at $200 and seven purchases in the Fragrance Department. The total purchase price for the items is $1,935.83. The items purchased are identified on Exhibit "A" attached hereto.

7. Defendant charged the items listed on Exhibit "A" to her Von Maur charge, account number 016026452.

8. Von Maur received a payment of $45 on December 26, 2008 and a payment of $35 on January 18, 2009. No other payments were received by Von Maur after the purchases were made.

9. The items purchased by the Defendant constitute luxury goods within the meaning of Bankruptcy Code § 523(a)(2)(C).

10. Upon information and belief, the items identified above were purchased by the Defendant without any intention of making payment therefor and, accordingly, the indebtedness owed to Von Maur is not dischargeable pursuant to Bankruptcy Code § 523(a)(2)(A) or 523(a)(6).

**WHEREFORE,** Plaintiff, Von Maur, Inc., requests that the Court enter judgment in its favor and against the Defendant providing that the indebtedness owed to Von Maur, Inc. in the amount of $1,855.83 is not dischargeable and for such other and further relief as is just and equitable in the circumstances.

                    */s/ Richard A. Davidson*
Richard A. Davidson  ARDC
LANE & WATERMAN LLP
220 N. Main Street, Suite 600
Davenport, IA  52801
Telephone: (563) 324-3426
Fax:  (563) 324-1616
Email: rdavidson@l-wlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On this _____ day of March, 2009, the document to which this Certificate is attached was delivered to the parties in interest via the bankruptcy court's electronic noticing system by the office of Lane & Waterman LLP.

                    */s/ Richard A. Davidson*

U.S. Trustee

Bankruptcy Trustee

Alexey Y. Kaplan

Yanick Polycarpe

## Receipt 1

**VM CHARGE**

**VON MAUR**
CHARLESTOWNE MALL
ST. CHARLES, IL 60174
(630)377-9987

0021/016 6366       SALE       245126

| Designer Jewelry | | |
|---|---|---|
| 805/1652270 | 1@310.00 | 310.00 |
| | SUBTOTAL | 310.00 |
| 63: 8.00% IL TAX | | 24.80 |
| | TOTAL | 334.80 |

ACCOUNT NUMBER          XXXXX6452
11/
VON MAUR CHARGE              334.80

Visit us online at www.vonmaur.com

SIGN: VALE BAJORINIENE

AUDIT COPY
16:54    2/14/09

## Receipt 2

**VM CHARGE**

**VON MAUR**
CHARLESTOWNE MALL
ST. CHARLES, IL 60174
(630)377-9987

0021/017 5896       SALE       425201

| 975\Youngmens Knits | | |
|---|---|---|
| 8838194718892 | 1@18.00 | 18.00 |
| 975\Youngmens Knits | | |
| 8033664818830 | 1@70.00 | 70.00 |
| 995\Young Mens Denim | | |
| 8838194651129 | 1@30.00 | 30.00 |
| 628\Boys 4-7 | | |
| 8828164829779 | 1@34.00 | 34.00 |
| 628\Boys 4-7 | | |
| 8828164824229 | 1@28.00 | 28.00 |
| 346\Mod Petite Coor | | |
| 6760421617742 | 1@33.00 | 33.00 |
| 594\Mens Athletic | | |
| 8835613950064 | 1@32.00 | 32.00 |
| 584\Womens Moderate | | |
| 0535989131139 | 1@95.00 | 95.00 |
| 584\Womens Moderate | | |
| 0535988811100 | 1@95.00 | 95.00 |
| | SUBTOTAL | 435.00 |
| 63: 8.00% IL TAX | | 34.80 |
| | TOTAL | 469.80 |

ACCOUNT NUMBER          XXXXX6452
11/
VON MAUR CHARGE              469.80

Visit us online at www.vonmaur.com

SIGN: VALE BAJORINIENE

AUDIT COPY
16:56    2/14/09

## Long Term Contract

**VON MAUR**
6565 Brady Street
Davenport, IA 52805

**LONG TERM CONTRACT**

10 MONTHS NO INTEREST OR FINANCE CHARGES

ITEM _Jewelry Clothing Shoes_

I AGREE TO PAY VON MAUR'S

PAYMENTS OF $ _80.46_ BEGINNING WITH THE NEXT BILLING

_804.60_ IN 10 MONTHLY

CYCLE CLOSING DATE.

WITH RESPECT TO THIS PURCHASE I CONSENT TO MODIFICATION OF THE TERMS AND CONDITIONS OF MY VON MAUR CHARGE ACCOUNT AS FOLLOWS:

I SHALL MAKE 10 MONTHLY PAYMENTS AS SPECIFIED ABOVE.

MINIMUM PURCHASE $500

### NOTICE TO BUYER

1. DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.

2. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.

BUYER AGREES TO ABIDE BY THE TERMS OF THIS AGREEMENT AND MODIFICATION OF THE TERMS OF BUYERS CHARGE ACCOUNT AND ACKNOWLEDGES RECEIPT OF A FULLY COMPLETED COPY OF THIS AGREEMENT AND MODIFICATION EXECUTED BOTH THE SELLER AND THE BUYER.

SIGNATURE _____

DATE _2/14/09_

CHARGE ACCOUNT NO. _016026452_

**VH CHARGE**
**VON MAUR**
THE GLEN TOWN CENTER
GLENVIEW, IL 60035
(847)724-4199

```
0023/057 7183        SALE        439935

586\Womens Comfort
8898305589870         10190.00          190.00
68:                   SUBTOTAL          190.00
        9.75% IL TAX                     18.53
                      TOTAL             208.53

ACCOUNT NUMBER                    XXXXXX6452
11/
VON MAUR CHARGE                       208.53
```

SIGN: _(signature)_

Visit us online at www.vonmaur.com

AUDIT COPY                15:30  11/30/08

---

**VON MAUR**
YORKTOWN CENTER
LOMBARD, IL 60148
(630)953-8181

```
0014/020 2563        SALE        476135

275\Mens Fragrance
3439606968878          1867.00           67.00
275\Mens Fragrance
8029178120503          1865.00           65.00
275\Mens Fragrance
3439600672077          1825.00           25.00
275\Mens Fragrance
7370520366649          1870.00           70.00
275\Mens Fragrance
8011003995704          1955.00           55.00
271\Womens Fragrance
0316557205531          1857.00           57.00
271\Womens Fragrance
7370520074320          1882.00           82.00
Traditional Class
420/8719668            1952.00           52.00
975\Youngmens Knits
8838194689541          1822.00           22.00
980\Casual Slacks
8842604199\           10048.00          583.00  48.00
949\Mens Collections
8408113311922          1048.00           40.00
41:                   SUBTOTAL          583.00
        8.26% IL TAX                     48.10
                      TOTAL             631.10

ACCOUNT NUMBER                    XXXXX6452
11/
VON MAUR CHARGE                       631.10
```

SIGN: VALE BAJORINIENE

Visit us online at www.vonmaur.com



---

**VH CHARGE**
**VON MAUR**
CHARLESTOWNE MALL
ST. CHARLES, IL 60174
(630)377-9987

```
0021/023 0471        SALE        455386

975\Youngmens Knits
8838199956364          1870.00           70.00
995\Young Mens Denim
8033031687645         10200.00          200.00
                                        270.00
63:                   SUBTOTAL          270.00
        8.00% IL TAX                     21.60
                      TOTAL             291.60

ACCOUNT NUMBER                    XXXXX645
11/
VON MAUR CHARGE                       291.60
```

SIGN: VALE BAJORINIENE

Visit us online at www.vonmaur.com

AUDIT COPY                17:10  2/14/09